**1445** MELLINGER vs. MELLINGER (Township Treasurer), No. 13124.

To compel the payment of certain orders issued by a drain commissioner.

Granted January 11, 1893.

Respondent alleged that he had no funds in his hands applicable to the payment of said orders. Thereupon an issue was framed and sent down for trial, and the jury found the facts for relator. After the return of the verdict exceptions thereto were filed and a hearing had thereon.

**1446** MEE vs. COUNTY TREASURER (Benzie), 41 M., 6.

To compel payment of certain orders granted by the board of supervisors while sitting at Frankfort, after the county seat had been removed from that place to Benzonia.

Denied June 3, 1879.

It appeared that the board had assumed to recanvass the vote by which the county seat was removed, and had declared the county seat to be at Frankfort.

Held, that the county seat could not be shifted at the will of the supervisors, after they had once canvassed the vote for its removal, and located it in accordance with the result. Attorney General vs. Supervisors (Lake), 33 M., 289; Attorney General vs. Supervisors (Benzie), 34 M., 211 (1607).

**1447** MERRILL vs. COUNTY TREASURER (Gladwin), 61 M., 95.

To compel payment of the amount of a contingent county order.

Denied April 22, 1886.

The answer set forth that the order was fraudulently obtained and that the claim is barred by the statute of limitations.

A hearing was had upon petition and answer, the answer was taken as true and the writ refused.